COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

 

NO. 02-10-00410-CV 

 

 


 
 
 In re Go Interests, LLC; Gregory
 Obert; Gwendolyn M. Obert; Go Helicopters, Inc.; Helitrans Company; Hilltop
 Commercial Holdings, Inc.; and Go Colorado 2007 Revocable Trust
 
 
  
 
 
 RELATORS
 
 


 

------------

 

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION[1]

                                                       ------------

The
court has considered relators’ petition for writ of mandamus and is of the
opinion that relief should be denied. 
Accordingly, relators’ petition for writ of mandamus is denied.

Relators
shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

 

PANEL: 
WALKER, DAUPHINOT, and MEIER, JJ.

 

DELIVERED: 
November 16, 2010








 











    [1]See
Tex. R. App. P. 47.4, 52.8(d).